# Exhibit D

*Exhibit E to Complaint (redacted)*

THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING (KENT COURTHOUSE)

| | |
|---|---|
| MARCELA ERIVES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARVANA, LLC, a foreign limited liability company duly licensed to do business in the State of Washington;<br><br>Defendant. | Case No. 22-2-07286-5 KNT<br><br>Sealed Financial Source Documents (Cover Sheet) (SEALFN) Exhibit E. To Plaintiff's First Civil Complaint For Damages And Injunctive Relief<br><br>Clerk's Action Required |

TO:  CLERK OF THE ABOVE-LISTED COURT,
AND TO:  CARVANA, LLC, THE ABOVE-LISTED DEFENDANT,

Please find attached herewith Plaintiff's Sealed Exhibit E., which accompanies Plaintiff's First Civil Complaint For Damages and Injunctive Relief against the above-listed Defendant.

**Sealed Financial Source Documents**
(List documents below and write "Sealed" at lease one inch from the top of the first page of each document)

[X]   Loan Application Documents

[X]   Other

DATED this May 16, 2022.

Respectfully submitted by:

*/s/ Morgan L. Lake*
Morgan L. Lake | WSBA #52789

---

Exhibit E. (Sealed) TO PLAINTIFF'S
FIRST CIVIL COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF – 1

GR 22(b)(8). (f))

Marcella Erives vs. CARVANA, LLC

LAKE LAW, PLLC
3703 S. Edmunds St. #115
Seattle, WA. 98118
PH: (360) 499-2144
FX: (206) 260-2894
morgan@morganlakelaw.com

**SEALED**

# EXHIBIT E.

**Exhibit E. (Sealed) TO PLAINTIFF'S
FIRST CIVIL COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF – 1**

*GR 22(b)(8). (f)*

*Marcella Erives vs. CARVANA, LLC*

LAKE LAW, PLLC
3703 S. Edmunds St. #115
Seattle, WA. 98118
PH: (360) 499-2144
FX: (206) 260-2894
morgan@morganlakelaw.com

Yahoo Mail - An update on your recent application for credit

1/10/22, 9:01 PM

Sealed

## An update on your recent application for credit

From: Carvana (customeradvocate@carvana.com)
To: marcerives90@yahoo.com
Date: Saturday, November 6, 2021, 03:35 AM PDT

To view this email in your browser, click here


CARVANA

1-800-333-4554
Available 8am–9pm EST

## Hello Marcela,

Thanks for shopping with Carvana for a quality pre-owned vehicle. Federal law requires we provide you notification of actions related to your recent application for credit. Your notification can be accessed through the link below and will provide additional information about your application and any associated credit decisions.

**GET MY NOTICE**

**If you have any questions regarding this notice, please contact:**

CARVANA

PO Box 52020

PHOENIX AZ 85072

Attn: Customer Advocates

1-800-333-4554

Privacy Policy   Terms of Service   Unsubscribe   Help

 

11/6/2021

Marcela Erives
390 Taylor NW Ave
Apt 204
Renton, WA 98057

## Carvana
## Your Credit Score and the Price You Pay for Credit

### Your Credit Score

| Your Credit Score | ■ |
| --- | --- |
| | Source: Experian     Date: 2021-11-04 23:29:07.0048177 |

### Understanding Your Credit Score

| | |
| --- | --- |
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 250 to a high of 900.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | Your credit score ranks higher than ■ percent of U.S. consumers. |



12/7/2020

Marcela Erives
1116 Seminole St

Los Alamos, NM 87544

## Carvana
## Your Credit Score and the Price You Pay for Credit

| Your Credit Score | |
|---|---|
| Your Credit Score | ▉ |
| | Source: Experian          Date: 2020-12-05 22:17:18.0393180 |

| Understanding Your Credit Score | |
|---|---|
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report. |
| | Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| | Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 250 to a high of 900. |
| | Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | Your credit score ranks higher than ▉ percent of U.S. consumers. |