1

2

3

4

5

6

7

8

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

10

11

12

13

14

15

| | |
|---|---|
| MARCELA ERIVES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARVANA, LLC, a foreign limited liability company registered to do business in Washington,<br><br>Defendant. | Case No.:  2:22-cv-00791<br><br>[Removed from the Superior Court of the State of Washington, County of King, Case No. 22-2-07286-5 KNT]<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Noted on Motion Calendar:<br>June 10, 2022 |

16

17

18

19

Pursuant to Fed. R. Civ. P. 6(b), LCR 7(d)(1), LCR 7(j), and LCR 10(g), Plaintiff Marcela Erives ("Plaintiff") and Defendant Carvana, LLC ("Carvana" or "Defendant") stipulate and respectfully request that Carvana's time to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1-3) be extended by 30 days to and including July 15, 2022.

20

21

22

23

Good cause exists for the requested extension.  The undersigned counsel for Carvana was recently retained on this matter and requires additional time to evaluate the claims in the Complaint and how to respond.  Further, the parties are engaged in ongoing discussions regarding the appropriate forum for the claims asserted in this action.

24

25

26

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1    The parties have conferred through counsel and Plaintiff consents to this request.  No

2    party will be prejudiced by this extension and this request is not made for improper purposes or

3    for the purpose of delay.

4    WHEREFORE, the parties respectfully request that this Court grant this Stipulated

5    Motion and Order that Carvana's time to answer, move, or otherwise respond to the Complaint

6    be extended to and including July 15, 2022.

7

8    DATED:  June 10, 2022.

9                                 Presented by:

10

11                               COZEN O'CONNOR

12                               */s/ Robert D. Lee*
                                 Robert D. Lee, WSBA No. 46682
13                               999 Third Avenue, Suite 1900
                                 Seattle, Washington 98104
14                               rlee@cozen.com

15                               Max E. Kaplan (*pro hac vice pending*)
                                 Mira E. Baylson (*pro hac vice pending*)
16                               COZEN O'CONNOR
                                 1650 Market Street, Suite 2800
17                               Philadelphia, Pennsylvania 19130
                                 mkaplan@cozen.com
18                               mbaylson@cozen.com

19                               *Attorneys for Defendant Carvana, LLC*

20                               LAKE LAW, PLLC

21                               */s/ Morgan L. Lake*
                                 Morgan Levi Lake, WSBA No. 52789
22                               3703 S. Edmunds St. #115
                                 Seattle, WA 98118
23                               PH: (360) 499-2144
                                 morgan@morganlakelaw.com
24

25                               *Attorney for Plaintiff, Marcella Erives*

26

STIPULATED MOTION FOR EXTENSION OF
TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO THE COMPLAINT  - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the date below, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

<u>Morgan L. Lake, WSBA #52789</u>
LAKE LAW, PLLC
3703 S. Edmunds St. #115
Seattle, WA 98118
PH: (360) 499-2144
morgan@morganlakelaw.com

*Attorney for Plaintiff, Marcella Erives*

DATED:  June 10, 2022

*/s/ Robert D. Lee*
Robert D. Lee, WSBA No. 46682

STIPULATED MOTION FOR EXTENSION OF
TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO THE COMPLAINT  - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

THE HONORABLE RICARDO S. MARTINEZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARCELA ERIVES, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>CARVANA, LLC, a foreign limited liability company registered to do business in Washington,<br><br>        Defendant. | Case No.:  2:22-cv-00791<br><br>[Removed from the Superior Court of the State of Washington, County of King, Case No. 22-2-07286-5 KNT]<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

Upon good cause shown, it is hereby ORDERED that the parties' Stipulated Motion is GRANTED.  Defendant's time to answer, move, or otherwise respond to the Complaint in this action is extended to and including July 15, 2022.


DATED this _____ day of _____, 2022.


_____
RICARDO S. MARTINEZ
United States District Court Chief Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME TO ANSWER, MOVE, OR
OTHERWISE RESPOND TO THE COMPLAINT - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000