THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARCELA ERIVES, an individual,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CARVANA, LLC, a foreign limited liability company registered to do business in Washington,<br><br>　　Defendant. | Case No.: 2:22-cv-00791<br><br>[Removed from the Superior Court of the State of Washington, County of King, Case No. 22-2-07286-5 KNT]<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

Upon good cause shown, it is hereby ORDERED that the parties' Stipulated Motion is GRANTED. Defendant's time to answer, move, or otherwise respond to the Complaint in this action is extended to and including July 15, 2022.

DATED this 14th day of June, 2022.

_[signature]_

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME TO ANSWER, MOVE, OR
OTHERWISE RESPOND TO THE COMPLAINT - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000