THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARCELA ERIVES, an individual,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CARVANA, LLC, a foreign limited liability company registered to do business in Washington,<br><br>　　Defendant. | Case No.: 2:22-cv-00791<br><br>**ORDER GRANTING STIPULATED MOTION FOR ADJOURNMENT OF INTIALLY SCHEDULED DATES AND EXTENDING TIME**<br><br>Noted on Motion Calendar:<br>July 15, 2022 |

Upon good cause shown, it is hereby ORDERED that:

1.　　The parties' Stipulated Motion is GRANTED;

2.　　The initial scheduling dates set forth in this Court's Order Regarding Initial Disclosure, Joint Status Report, and Early Settlement (ECF No. 10), as continued by Minute Order on July 7, 2022, are ADJOURNED; and

3.　　Defendant's time to answer, move, or otherwise respond to Plaintiff's First Amended Complaint in this action (ECF No. 15) is EXTENDED to and including 28 days

ORDER GRANTING
STIPULATED MOTION

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

after this Court rules on Defendant's pending Motion to Compel Arbitration and Dismiss or Stay this Action.

DATED this 26th day of July, 2022.

                                                                  RICARDO S. MARTINEZ
                                                                  CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
STIPULATED MOTION

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000